

*[Handwritten notation across top of page:]* Denied. This court has no jurisdiction to release petitioner from ICE jurisdiction detaining this status. *[signed]* 4.21.08

1  HUSAM SAMARAH
   DEFENDANT IN PRO SE
2  REG: 23018-112 F2-201
   CALIFORNIA CITY CORRECTIONAL CENTER
3  P.O. BOX 3001-0001
   CALIFORNIA CITY, CA 93504
4
         FILED
   CLERK, U.S. DISTRICT COURT
5
       APR 21 2008
6
   CENTRAL DISTRICT OF CALIFORNIA
7  BY            DEPUTY

         UNITED STATES DISTRICT COURT
6        FOR THE CENTRAL DISTRICT OF CALIFORNIA
7                  WESTERN DIVISION

8  UNITED STATES OF AMERICA        ) CASE No. CR-01-870-R
        Plaintiff-Respondent,      )
9                                  ) DEFENDANT'S MOTION REQUESTING
                                   ) FROM COURT TO ISSUE AN ORDER
10                                 ) TO GOVERNMENT TO TRANSFER
   V.                              ) DEFENDANT TO PROBATION DEPART-
11                                 ) MENT UNDER COURT'S SUPERVISION
                                   ) TO START SUPERVISED RELEASE
12                                 ) PURSUANT TO COURT'S JUDGEMENT/
   HUSAM SAMARAH                   ) COMMITMENT ORDER.
13      Defendant/Petitioner.      )

                     AND ORDER DENYING MOTION
14 ─────────────────────────────────

15 Defendant requests from court by motion to issue forthwith an

16 'ORDER' addressed to UNITED STATES ATTORNEY "GEORGE CARDONA" FOR

17 THE CENTRAL DISTRICT OF CALIFORNIA to "Transfer/Release"

18 defendant from incarceration at 'CCA' private prison on October

19 27, 2008, to start the second part of federal sentence "supervised

20 release" in compliance with and executing the Judgement and

21 probation and commitment order on case number CR-01-00870-R-1

22 dated June 25, 2002.

23 Based on the defendant's attached affidavit in support of motion.

24

25 Date: 04/05/2008

26 Respectfully submitted

27 *[signature]*

28 HUSAM SAMARAH
   'Defendant in Pro Se

                              - 1 -

## AFFIDAVIT OF HUSAM SAMARAH
### 'DEFENDANT'

1. Defendant asserts that upon transfer to CCA/a Private prison facility located at california City.  While conducting a release date[1] review.  Case manager informed defendant that I.C.E. placed a detainer against me and no longer entitled to release pursuant to 18 U.S.C § 3624(e).

2. Defendant challenged the imposition of such detainer and informed the case manager that I.C.E. detainer does not trump courts order[2] and Government must execute the court order as stated and attorney General nor secretary of Home Land Security have any statutory power to alter a specific final Judgement order entered against me.

3. The Federal Sentence consist of two parts and defendant must comply and charges will be filed by probation department and defendant could face severe punishment including Jail time.

4. Defendant will complete the first part of his Federal Sentence "incarceration" no later than october 27, 2008.

5. Defendant required and must start his second part of Federal Sentence "5 years supervised release" on October 28, 2008.

6. Government in violation of courts order altered the second part of Federal Sentence and using immigration laws to deny defendant's the rights to comply with court's order.

7. Defendant asserts this manifest error is unlawfull, wronful and lacks Jurisdiction and in violation of district court order, in that the denial of Government to place I.C.E. detainer on defendant to subvert the release of defendant on October 27, 2008 is defective and illegal in violation of 18 U.S.C. § 3624(e).

---

1 Copy of release date calculation
[2] Copy of court order

8. Defendant asserts that this manifest error is unlawful, wrongful and lack of Jurisdiction and in violation of District court order, in that Government of all it's executive Branches has failed to file any motion to request from court to amend the oreginal order entered on June 25, 2002, and to include I.C.E. detainer to cancel or amend the second part of Federal Sentence.

9. Defendant asserts, upon release from prison on October 27, 2008, will comply with courts order and meet all requirements deemed by I.C.E. and if ordered deported will comply with such order and depart from United States upon completion of Federal Sentence which shall include supervised release.

10. Defendant must be released to the custody of probation department as stated by courts order no later than October 27, 2008.

I HUSAM SAMARAH "DEFENDANT", Signed and certify under penalty of perjury, pursuant to 28 U.S.C. § 1746.

Defendant's SEAL: _Husam Samarah_

This day of april 5, 2008.

- 2 -

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA      ) D.C No. CR-01-00870-R
    Plaintiff-Respondent,     )
                         ) DEFENDANT'S DECLARATION OF
                         ) SERVICE BY MAIL.
                         )
V.                            )
                         )
                         )
HUSAM SAMARAH              )
    Defendant/Petitioner.     )
_____

I HUSAM SAMARAH 'DEFENDANT' certify under penalty of perjury,

pursuant to 28 U.S.C.§ 1746, that I have placed a copy of

this Motion titled:

"DEFENDANT'S MOTION REQUESTING FROM COURT TO ISSUE AN ORDER TO
GOVERNMENT TO TRANSFER DEFENDANT TO PROBATION DEPARTMENT UNDER
COURT'S SUPERVISION TO START SUPERVISED RELEASE PURSUANT TO
COURT'S JUDGEMENT/COMMITMENT ORDER".

Into a separate, correctly addressed envelopes affixed with

proper and sufficient first class U.S. Postage and deposited the

envelope into the prison mailbox, on the date below, to deliver

to the following:

1. George S. Cardona
   Acting UNITED STATES ATTORNEY
   312 N. Spring Street
   Los Angeles, CA 90012

Date: April 5, 2008

Executed by: _____
      HUSAM SAMARAH
      'Defendant in Pro Se'

```
CALBH   540*23 *              SENTENCE MONITORING           *     04-03-2008
PAGE 001            *            COMPUTATION DATA            *     14:15:29
                                 AS OF 04-03-2008
```

REGNO..: 23018-112 NAME: SAMARAH, HUSAM


```
FBI NO...........: 960767LA8          DATE OF BIRTH: 10-04-1952
ARS1.............: CAL/A-DES
UNIT.............: UNIT F               QUARTERS.....: F02-201U
DETAINERS........: YES                 NOTIFICATIONS: NO
```

PRE-RELEASE PREPARATION DATE: <u>10-27-2008</u> * THIS IS MY ACTUAL RELEASE DATE. (!)

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 04-27-2009 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

```
COURT OF JURISDICTION...........: CALIFORNIA, CENTRAL DISTRICT
DOCKET NUMBER...................: CR 01-870-R
JUDGE...........................: REAL
DATE SENTENCED/PROBATION IMPOSED: 06-24-2002
DATE COMMITTED..................: 02-26-2003
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                FELONY ASSESS  MISDMNR ASSESS  FINES      COSTS
NON-COMMITTED.: $1,400.00      $00.00          $00.00     $00.00
```

RESTITUTION...: PROPERTY: NO  SERVICES: NO      AMOUNT: $301,101.47

----------------------CURRENT OBLIGATION NO: 010 ----------------------------
OFFENSE CODE....: 156
OFF/CHG: 18:1344 & 2 BANK FRAUD  A&A; CAUSING AN ACT TO BE DONE

```
  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   41 MONTHS
  TERM OF SUPERVISION............:    5 YEARS
  DATE OF OFFENSE................: 03-27-1998
```

---------------------CURRENT JUDGMENT/WARRANT NO: 020 ----------------------

```
COURT OF JURISDICTION...........: CALIFORNIA, CENTRAL DISTRICT
DOCKET NUMBER...................: SACR 02-128(A)-R
JUDGE...........................: REAL
DATE SENTENCED/PROBATION IMPOSED: 05-27-2003
DATE COMMITTED..................: 05-27-2003
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
```

G0002        MORE PAGES TO FOLLOW . . .

```
   CALBH  540*23 *              SENTENCE MONITORING            *      04-03-2008
PAGE 002          *            COMPUTATION DATA               *      14:15:29
                                AS OF 04-03-2008

REGNO..: 23018-112 NAME: SAMARAH, HUSAM


PROBATION IMPOSED...............: NO


                FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $100.00        $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 020 -------------------------
OFFENSE CODE....:  557
OFF/CHG: 18 USC 2119, 2, 3147 - CARJACKING

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   87 MONTHS
  TERM OF SUPERVISION............:    3 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CS TO OBL 010
  DATE OF OFFENSE................: 03-15-2002

-------------------------CURRENT COMPUTATION NO: 010 -----------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-13-2003 AT BUH AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 020 020

DATE COMPUTATION BEGAN..........: 06-24-2002
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:    8 YEARS      2 MONTHS       3 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    8 YEARS      2 MONTHS       3 DAYS
AGGREGATED TERM OF SUPERVISION..:    5 YEARS
EARLIEST DATE OF OFFENSE........: 03-27-1998

JAIL CREDIT.....................:  FROM DATE      THRU DATE
                                   10-22-2001     10-23-2001
                                   03-16-2002     06-23-2002






    G0002      MORE PAGES TO FOLLOW . . .
```

```
   CALBH   540*23 *          SENTENCE MONITORING         *    04-03-2008
PAGE 003          *          COMPUTATION DATA            *    14:15:29
                             AS OF 04-03-2008

REGNO..: 23018-112 NAME: SAMARAH, HUSAM


TOTAL PRIOR CREDIT TIME.........: 102
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 384
TOTAL GCT EARNED................: 324
STATUTORY RELEASE DATE PROJECTED: 04-27-2009
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 05-16-2010


PROJECTED SATISFACTION DATE.....: 04-27-2009
PROJECTED SATISFACTION METHOD...: GCT REL
```

PURSUANT TO 18 U.S.C. § 3624 (c) . "PRE-RELEASE CUSTODY"
I AM ENTITLED TO 6 MONTH OF MY LAST SENTENCE TO SERVE UNDER
HOME CONFINEMENT UNDER THE U.S. PROBATION AND ASSISTANCE.

PLACING AN I.C.E DETAINER REVOKES THIS STATUTORY LAW WHICH
VIOLATES MY RIGHTS UNDER EQUAL PROTECTION CLAUSE.

```
   G0002       MORE PAGES TO FOLLOW . . .
```

```
   CALBH  540*23 *            SENTENCE MONITORING        *    04-03-2008
PAGE 004 OF 004 *            COMPUTATION DATA            *    14:15:29
                              AS OF 04-03-2008

REGNO..: 23018-112 NAME: SAMARAH, HUSAM


--------------------------- CURRENT DETAINERS: ---------------------------

DETAINER NO..: 001
DATE LODGED..: 07-17-2003
AGENCY.......: IMMIGRATION & NATURALIZATION
CHARGES......: POSSIBLE DEPORTATION #A92565777
```

THE AGENCY REFUSED TO PROVIDE ME WITH ANY PROOF OF

ANY VARIFIABLE LEGAL DETAINER.

THIS DETAINER LODGED BY PRISON STAFF JUST TO DEPRIVE ME

OF MY RIGHTS UNDER STATUTORY LAW 18 U.S.C. § 3624 (C)

AND IN VIOLATION OF COURT'S ORDER TO COMPLY WITH IT'S

TERMS AND CONDITIONS.

```
  G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

United States District Court
Central District of California

**UNITED STATES OF AMERICA vs.**

Defendant **HUSAM SAMARAH**

S.Security # 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

T/N: HUSAM MAHMOOD ABDULKARIM SAMARAH

\# 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

Residence: Metropolitan Detention Center     Mailing: __SAME__
            535 North Alameda Street
            Los Angeles, Ca 90012

---------------------------------------------------------------

## JUDGMENT AND PROBATION/COMMITMENT ORDER

---------------------------------------------------------------

        In the presence of the attorney for the government, the defendant appeared in person, on:___JUNE 24, 2002___
                            Month / Day / Year

COUNSEL:
        ____ WITHOUT COUNSEL
             However, the court advised defendant of right to counsel and asked if defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.
        _XX_ WITH COUNSEL Robert Berke/Alex Kessel, retained
____PLEA:
        ____ GUILTY, and the Court being satisfied that there is a factual basis for the plea.
        ____ NOLO CONTENDERE          ____ NOT GUILTY
FINDING:
        There being a jury verdict of_XX_ GUILTY, defendant has been convicted as charged of the offense(s) of: Bank Fraud, Aiding and Abetting and Causing an Act to be Done in violation of Title 18 USC 1344,2 as charged in counts 1 through 14 of the indictment.

JUDGMENT AND PROBATION/COMMITMENT ORDER:
        The Court asked whether defendant had anything to say why judgment should not be pronounced.  Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgement of the court the defendant is hereby committed to the Bureau of Prisons to be imprisoned for a term of:
        Forty one (41) months, on each of counts 1 - 14, concurrent.

        IT IS FURTHER ADJUDGED that upon release from imprisonment defendant shall be placed on supervised release for five (5) years, concurrent on counts 1 - 14, under the following terms and conditions: the defendant 1) shall comply with the rules and regulations of the U.S. Probation Office and General Order 318; 2) shall during the period of community supervision pay the special assessment and restitution in accordance with this judgment's orders pertaining to such payment; 3) shall comply with the rules and regulations of the Immigration and Naturalization Service (INS) and if deported from this country either voluntarily or while residing outside of the United States shall, within 72 hours of release from any custody or any reentry to the United States during the period of Court-ordered supervision, report for instructions to the U. S. Probation Office located at the United States Court House, 312 North Spring Street, Room 600, Los Angeles, Ca 90012; 4) shall participate in a psychological/psychiatric counseling

**-- GO TO PAGE TWO --**

_____
Deputy Clerk

U.S.A. V. HUSAM SAMARAH                              CR 01-870-R

-- CONTINUED FROM PAGE ONE --                        PAGE TWO
================================================================
## JUDGMENT AND PROBATION/COMMITMENT ORDER
================================================================

or treatment program for gambling addiction, as approved and directed
by the Probation Officer; 5) shall as directed by the Probation Officer
pay all or part of the costs of treating the defendant's psychiatric
disorder to the aftercare contractor during the period of community
service, and shall provide payment and proof of payment as directed by
the Probation Officer; 6) shall not obtain or possess any blank checks,
write any portions of any check, or have or open any checking account,
without the prior written approval of the Probation Officer.

IT IS FURTHER ORDERED that defendant pay a special assessment of
$1,400.00, which is due immediately.

IT IS FURTHER ORDERED that defendant pay restitution in the amount
of $301,101.47 to Bank of America, Restitution Unit, P.O. Box 790087,
St. Louis, Missouri 63179-0087, in such amounts and on such payment
schedules as directed by the Probation Officer.

IT IS FURTHER ORDERED that upon completion of his term of
incarceration, the defendant shall be delivered to agents of the I.N.S.
for determination of his status in this country.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release
set out on the reverse side of this judgment be imposed.  the Court may change the conditions of supervision, reduce or extend the period of supervision,
and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation
occurring during the supervision period.

Signed by:  District Judge _____

                          MANUEL L. REAL

It is ordered that the Clerk deliver a certified copy of this Judgment and
Probation/Commitment Order to the U.S. Marshal or other qualified officer.

                          Sherri R. Carter, Clerk of Court

Dated/Filed  June 25 2002   By _____
             Month / Day / Year   William Horrell, Deputy Clerk