```
THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
BRENT A. WHITTLESEY
Assistant United States Attorney
Financial Litigation Unit
brent.whittlesey@usdoj.gov
California Bar Number:   73493
     Room 7516AA Federal Building
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-2445
     Facsimile: (213) 894-5900

Attorney for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 01-870-R (JTLx) |
| Plaintiff, | ) (PROPOSED) |
| v. | ) **ORDER FOR APPOINTMENT OF RECEIVER** |
| HUSAM SAMARAH, | ) DATE: August 23, 2008 |
| Defendant. | ) TIME: 1:30 p.m. |

The Court having considered the motion of plaintiff United States of America for appointment of a receiver for the property commonly known as 1097/1111 West Baseline Street, San Bernardino, California (the "Property"), the Court having considered the motion and the argument of counsel and of the defendant at the hearing on the motion, and good cause appearing for the entry of such an order, it is hereby ORDERED as follows:

1. Thomas A. Seaman is hereby appointed to act as permanent receiver of the Property pursuant to 28 U.S.C. § 3203(e) and Rule 66 of the Federal Rules of Civil Procedure.

2. The receiver shall have full powers of an equity receiver, including, but not limited to, the power to enter the Property and take possession of it, to collect rents from tenants of the Property, lease premises to new tenants, take actions against tenants to remove them from the Property, and pay debts incurred in connection with the operation of the Property from receivership funds, provided that the receiver shall apply rents collected from the tenants of the Property only to payment of the mortgage or financing secured by the Property.

3. The receiver shall be authorized to employ real estate brokers, list the Property for sale, and negotiate with prospective purchasers of the Property, provided that the Receiver shall not enter into a contract to sell the Property except in the event the Court orders the Property sold to satisfy defendant's indebtedness.

4. Defendant Husam Samarah ("Defendant"), and all persons acting in concert with him, shall surrender possession of the Property to the receiver. Defendant shall not take any action, directly or indirectly, to interfere with or hinder the receiver in the discharge of his duties, or to interfere or hinder the receiver in the custody, possession, management, or control by the receiver of the Property, or to collect rents from tenants of the Property. Defendant shall not sell or encumber the Property, or enter into any agreement to do so, without the permission of the Court.

5. Defendant shall pay the costs, fees, and expenses of the receiver incurred in connection with the performance of his duties described in this Order, including the costs and expenses of those persons who may be engaged or employed by the receiver to assist him in carrying out his duties and obligations. All applications for costs, fees and expenses for services render in connection with the receivership other than routine and necessary business expenses in conducting the receivership, shall be made by application setting forth in reasonable detail the nature of the services and shall be heard by the Court.

6. No bond shall be required in connection with the appointment of the receiver. Except for acts of gross negligence, the receiver shall not be liable for any loss or damage incurred by defendant or any other person, by reason of any act performed or omitted to be performed by the receiver in connection with the discharge of his duties and responsibilities.

DATED: Sept. 8, 2008

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Submitted by,

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

    /S/
_____
BRENT A. WHITTLESEY
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

3