ORIGINAL

```
HUSAM SAMARAH
A092565777 F-510
ELOY DETENTION CENTER
1705 E. Hanna Rd.
Eloy, Az. 85231
```

Defendant in Pro Se

*Handwritten annotation:* "David, This court does not have defendant's passport, Sent to Detention on October 18, 2004." [signed] Aug. 25, 2009

UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>HUSAM SAMARAH<br><br>Defendant. | Case No.: 01-CR-00870-R<br><br>DEFENDANT'S EX PARTE MOTION TO RETURN PROPERTY PURSUANT TO F.R. Cr P. 41(g). MAINLY (JORDANIAN PASSPORT NUMBER D527960).<br><br>**AND ORDER DENYING MOTION** |

TO: THE HONORABLE MANUEL REAL, JUDGE OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA:

Defendant, Husam Samarah acting Pro Se brings this Ex Parte motion for an order instructing the District Court Clerk and Government to return defendant's Jordanian Passport Number 'D527960' currently in possession of the Court's Clerk and Government prosecutor Mr Curtis A. Kin. Defendant respectfully requesting from Honorable court to grant his motion based on the Court's record, the attached Affidavit in support of his motion, and Federal Rules of Criminal Procedure 41(g).

Date: JULY 25, 2009

Respectfully submitted

[signature] Husam Samarah

HUSAM SAMARAH (Defendant in Pro Se)

FILED
CLERK, U.S. DISTRICT COURT
AUG 25 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

- 1 -

## AFFIDAVIT OF HUSAM SAMARAH

1. I, HUSAM SAMARAH ("Affiant"), responsible to response and defend any claims under Case No. 01-CR-00870-R.

2. On 10/22/2001, District Court ordered Affiant to surrender his Passport as a condition of release on bond. (See D.E. # 10)

3. On 10/24/2001, Affiant surrendered his valid Jordanian Passport No. D527960 to the District Court Clerk's Office. The Court's Clerk received and accepted the Passport and officially lodged the receipt in case docket. (See D.E. # 16)

4. On 3/15/2002, Affiant was arrested, since that date until to date Affiant remains in the custody of the U.S. Attorney General.

5. Affiant repeatedly, requested the return of his Passport, and District Court Clerk and Government prosecutor denied his request.

6. On 4/27/2009, Affiant completed his prison sentence and released from Federal Bureau of Prison to Homeland Security Dept. (ICE); pending determination of Affiant Immigration Status in The U.S.A.

7. On 6/22/2009, Immigration Judge ordered Affiant removed from the United States. Affiant accepted the Immigration Judge decision did not appeal the order.

8. On 6/23/2009, Deportation Officer Mr. King, notified Affiant, to execute the order and deportation, Affiant must cooporate to obtain travel document from Affiant's Jordanian Embassy.

9. Affiant informed Mr. King and requested from his office to recover Affiant's Passport from the District Court Clerk or the Government's prosecutor Mr. Kin.

10. On 6/25/2009, Mr. King notified Affiant that, he was unable to recover the Passport and adviced, Affiant must file with the Dist. Court to return the Passport.

11. Affiant needs the Passport to be able to leave the United States as soon as possible due to Affiant serious Medical condition. (See attached letter from H.H.S. Dr. Lee)

12. Affiant declares that his intention to leave the United States of America as soon as the District Court Clerk or Government returns his Jordanian Passport.

13. Affiant is not aware of any investigations or any valid reasons the U.S. Government's prosecutor or District Court Clerk need to retain Affiant Jordanian Passport.

14. In the event, the District Court Clerk or the U.S. Government lost, destroyed, or otherwise and unable to return Affiant Passport. Affiant must be compensated for damages in the total amount of One Hundred Thousand U.S Dollars ($100,000.00).

15. Affiant asserts, every day delay in returning Affiant's Jordanian Passport creats additional cause of action and additional monetary penaly in the amount of One Hundred U.S. Dollas ($100.00) Per Day.

16. Affiant asserts, the Government's actions and District Court Clerk negligence to withhold Affiant's Passport is illegal, unlawfull, and in violation of Affiant's Contitutional Rights under the Fourth Amendment of the U.S. Constitution and Federal law.

17. Accordingly, it is necessary to obtain an order from this Honorable Court instructing the Government and District Court Clerk to immediatly return Affiant Jordanian Passport or compenaste him for the damage.

Executed on JULY 25, 2009 , at Eloy, Arizona.

Affiant declares under penalty of perjury pesuant to the the Laws of the United States of America that the foregoing is true and correct.

_____
HUSAM SAMARAH "Affiant"

DEFENDANT'S DECLARATION OF SERVICE BY MAIL

D.C. CASE NO.: 01-CR-00870-R

UNITED STATES OF AMERICA V. HUSAM SAMARAH

I, HUSAM SAMARAH "Defendant" certify under penalty of perjury persuant to 28 U.S.C. § 1746, that I have placed copy of this Motion titled: "DEFENDANT'S EX PARTE MOTION TO RETURN PROPERTY PURSUANT TO F.R.Cr.P. 41(g). MAINLY (JORDANIAN PASSPORT NUMBER D527960).
Into a separate correctly addressed envelopes affixed with proper and sufficient U.S. first class postage stamps and deposited the envelopes into the Detention Center Mail Box, on the date shown below, to deliver to the following:

1) Thmas P. O'Brien
   United States Attorney
   312 N. Spring Street
   Losa Angeles, CA 90012

2) District Court Clerk
   312 N. Spring Street Room G8
   Los Angeles, CA 90012

3) Mr. J. King "ICE Deportation Officer"
   Dept. of Homeland Security (ICE)
   1705 E. Hanna Rd.
   Eloy, AZ 85231


Executed on July 25, 2009, at Eloy, Arizona,

By: *(signature)*

HUSAM SAMARAH
"Declarant-Defendant"

- 4 -



**DEPARTMENT OF HEALTH & HUMAN SERVICES**
Department of Homeland Security

Public Health Service

Division of Immigration Health Services
Eloy Detention Center
1705 E Hanna Road
Eloy, AZ. 85231

Arpil 29, 2009

Eloy Detention Center
1705 E. Hanna Rd.
Eloy, AZ 85231

To Whom It May Concern:

This letter is in regards to detainee Husam Mahood Samarah # 092 565 777. Mr. Samarah has a history of squamous cell cancer of the right tonsil that required numerous major surgeries, chemotherapy, and radiation. The radiation destroyed his saliva glans which affects his eating significantly. He also has a history of acute pancreatitis. Based on these facts, I respectfully recommend consideration for early release.

Very respectfully,

Ernest C. Lee, MD, MPH, FAAFP, FACOEM
Commander, Medical Corps, USPHS
Clinical Director
ICE Medical Facility Eloy