THOMAS A. SEAMAN
3 Park Plaza, Suite 550
Irvine, CA 92614
Phone: (949) 222-0551
Facsimile (949) 222-0661
tom@thomasseaman.com

Receiver, *In pro per*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HUSAM SAMARAH,<br><br>Defendant.<br>_____ | Case No. CV 08-2132-R<br>(Cr-01-870-R)<br><br>**ORDER RE: MOTION TO DISCHARGE RECEIVER, APPROVE FINAL ACCOUNT & REPORT, APPROVE FEES, AND DISTRIBUTE FUNDS**<br><br>Date: September 20, 2010<br>Time: 10:00 a.m.<br>Ctrm: 8 |

The matter of the Receiver's Discharge Motion came on regularly for hearing before the United States District Court for the Central District of California, Courtroom 8, in Los Angeles, California on September 20, 2010, the Honorable Manuel L. Real presiding.  The Receiver, Thomas A. Seaman, appeared in support of the motion.  Plaintiff United States appeared through Assistant United States Attorney Brent A. Whittlesey, and Bank of America appeared through its attorney of record, Ronald A.

ORDER DISCHARGING RECEIVER        -1-

Gruzen.  Defendant Husam Samarah appeared personally in
opposition to the motion.

The Court having considered the Receiver's Final Account &
Report and discharge motion, the opposition having been heard,
and good cause having been shown, the Court makes and enters the
following orders:

**IT IS ORDERED** that the Receiver's Final Account & Report is
approved as submitted;

**IT IS FURTHER ORDERED** that all of the Receiver's actions
during his administration are hereby ratified, confirmed and
approved as being right and proper and in the best interest of
the receivership estate and parties to this action;

**IT IS FURTHER ORDERED** that upon compliance with this Order,
the Receiver is discharged from all further duties, liabilities
and responsibilities, upon faithful completion of this duties as
ordered herein;

**IT IS FURTHER ORDERED** that the receiver's fees and expenses
are approved as submitted and the amount owing the Receiver of
$30,487.00 is ordered paid from funds held by the Receiver;
//
//
//
//
//
//
//
//

ORDER DISCHARGING RECEIVER      -2-

1    //

2

3        **IT IS FURTHER ORDERED** that the that the Receiver is ordered

4    to distribute the surplus plus any interest earned on that sum to

5    the Bank of America through its attorney, Ronald Gruzen, within

6    ten days with the distribution to be credited to the restitution

7    debt of Husam Samarah.

8                **IT IS SO ORDERED:**

9    Dated: Sept. 21, 2010

10   _____

11                    Hon. Manuel L. Real
                  United States District Court

12   cc: Fiscal

13

14   Submitted by:

15   ANDRÉ BIROTTE JR
     United States Attorney

16

17   LEON W. WEIDMAN
     Assistant United States Attorney
     Chief, Civil Division

18

19

20        /S/
     _____

21   BRENT A. WHITTLESEY
     Assistant United States Attorney

22

23   Attorney for Plaintiff
     United States

24

25

26

27

28

ORDER DISCHARGING RECEIVER        -3-